UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ANTHONY W.,

    Plaintiff,

v.

MARTIN O'MALLEY[1],
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Hon. Karen M. Williams
Civil Action No. 1:23-CV-03770

**CONSENT ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by Philip R. Sellinger, United States Attorney for the District of New Jersey, and Dina White Griffin, Special Assistant United States Attorney, attorneys for Defendant, for an Order reversing and remanding the within cause of action to the Defendant pursuant to sentence four of 42 U.S.C. § 405(g) so that further administrative action may be taken. On remand, the Administrative Law Judge will consider the claimant's specific learning disorder using the sequential evaluation process and take any necessary action to complete the administrative record and to issue a new decision.

Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS on this 30th day of April, 2024;

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action. Entry of a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure will be separately issued.

HON. KAREN M. WILLIAMS
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

PHILIP R. SELLINGER
United States Attorney

By: /s/ Dina White Griffin
Dina White Griffin
Special Assistant U.S. Attorney

By: /s/ Jennifer L. Stonage
Jennifer L. Stonage, Esquire
Attorney for Plaintiff