UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ANTHONY W.,

    Plaintiff,

v.

MARTIN O'MALLEY[2],
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Hon. Karen M. Williams
Civil Action No. 1:23-CV-03770

**JUDGMENT ORDER**

AND NOW, this 30th day of April, 2024, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

---

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

HON. KAREN M. WILLIAMS
United States District Judge