UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY W., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY,[1] <br> Commissioner of Social Security, <br><br> Defendant. | Hon. Karen M. Williams <br> Civil Action No. 1:23-cv-03770-KMW <br><br> **Electronically Filed** |

**CONSENT ORDER FOR PAYMENT OF FEES
AND COSTS PURSUANT TO 28 U.S.C. § 2412**

**IT IS STIPULATED,** by and between the undersigned, that Plaintiff shall be awarded attorney fees in the amount of Four Thousand Fifty One dollars and 00/100 cents ($4,051.36) under the Equal Access to Justice Act ("EAJA") (28 U.S.C. § 2412(d)), and costs in the amount of Four Hundred and Two dollars and 00/100 cents ($402.00) under 28 U.S.C. § 2412(a).[2] Such award is made in full satisfaction of any and all claims for fees, costs, and other expenses made pursuant to 28 U.S.C. § 2412. It is further agreed that while fees, costs and other expenses are payable to Plaintiff, such fees, costs, and other expenses may be paid directly to Plaintiff's attorney, providing Plaintiff does not owe a debt subject to offset under the Treasury Offset Program, and Plaintiff has agreed to assign his/her rights to such fees, costs, and other expenses to his attorney.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] Costs are paid from the Judgment Fund by the Department of the Treasury, if so ordered by the Court under 31 U.S.C. § 1304, by direct deposit to the bank account of Plaintiff's counsel. *See* 28 U.S.C. § 2412(c)(1).

IT IS on this  31st   day of  May  , 2024;

ORDERED that Plaintiff be allowed a fee award under the EAJA in the amount of **Four Thousand and Fifty-One dollars and 36/100 cents ($4,051.36) and costs in the amount of Four Hundred and Two dollars and 00/100 cents ($402.00)** in full satisfaction of Plaintiff's petition for the payment of fees, costs, and other expenses, made pursuant to 28 U.S.C. § 2412; and it is further **ORDERED** that the within matter be, and hereby is, **DISMISSED** with prejudice. The undersigned hereby consent to the form and entry of this Order.

Respectfully submitted,

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

s/ Jennifer L. Stonage, Esquire
BROSS & FRANKEL, P.A.
725 Kenilworth Ave, Ste 2
Cherry Hill, NJ  08002
Phone: 856-234-4848
Jennifer.Stonage@brossfrankel.com

s/ Dina White
DINA WHITE GRIFFIN
Special Assistant U.S. Attorney
Office of Program Litigation, Office 3
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: 215 597-1851
Dina.Griffin@ssa.gov

Dated: May 30, 2024

Dated:  May 30, 2024

SO ORDERED:
Dated:

Camden, NJ   *Karen M Williams*
             Karen M. Williams
             United States District Judge